IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAUN ECKHARDT, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-0143 |
| SHAUN KELLEY WEIGHT LOSS, INC., | § § | |
| Defendant. | § § | |

### ORDER OF STAY AND ADMINISTRATIVE CLOSING

Shaun Kelley Weight Loss, Inc., the only defendant in this case, has filed a suggestion of bankruptcy. (Docket Entry No. 38). Accordingly, this case is stayed and administratively closed. The plaintiffs may reinstate this case to the active docket upon notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on May 14, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge